United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-10940-amc
Dione D Pride Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 11, 2025 Form ID: 155 Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dione D Pride, 131 Old Soldiers Road, Cheltenham, PA 19012-2127 |
| 14985821 | + | Esther Blackshear, 6835 Rodney Street, Philadelphia, PA 19138-2639 |
| 14993515 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14985834 | + | Robert L. Baroska 3rd, Esquire, Law Offices of Hayt, Hayt & Landau, Meridian Center I, Two Industry Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 14985836 | + | Surgical Care Specialists, 1245 Highland Avenue, Suite 600, Abington, PA 19001-3727 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14985813 | ^ | MEBN | Aug 12 2025 00:05:21 | AQUA PENNSYLVANIA INC, 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3489 |
| 14985809 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 12 2025 00:31:14 | Affirm, 650 California Street, Flr 12, San Francisco, CA 94108-2716 |
| 14985810 | ^ | MEBN | Aug 12 2025 00:05:18 | After Pay US Services, 1955 Broadway, Suite 204, Oakland, CA 94612-2205 |
| 15034722 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2025 00:18:13 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15035075 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2025 00:31:30 | Ally Bank Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15007640 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2025 00:17:34 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14985811 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2025 00:08:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14985812 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 12 2025 00:08:00 | Apple Card/GS Bank, Lockbox 6112, P.O. Box 7247, Philadelphia, PA 19170-0001 |
| 14985814 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 12 2025 00:08:00 | Barclays Bank/GAP, PO Box 8803, Wilmington, DE 19899-8803 |
| 14985815 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 12 2025 00:08:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 14985818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 00:33:39 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14985816 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2025 00:31:40 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14985817 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2025 00:31:27 | Captial One Bank, PO Box 31293, Salt Lake City, |

| | | | | |
|---|---|---|---|---|
| | | | | UT 84131-0293 |
| 14985819 | + | Email/Text: omx-bnc-bk-notices@chime.com | Aug 12 2025 00:08:00 | Chime/Stride Bank, PO Box 417, San Francisco, CA 94104-0417 |
| 15005230 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 00:33:42 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14985820 | + | Email/Text: mrdiscen@discover.com | Aug 12 2025 00:08:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 14985823 | ^ | MEBN | Aug 12 2025 00:05:19 | Grimley Financial, 1415 Route 70, Suite LL5, Cherry Hill, NJ 08034-2229 |
| 14985824 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 12 2025 00:31:11 | HUD, 451 7th Street SW, Washington, DC 20410-0002 |
| 14985825 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 12 2025 00:31:39 | JPMCB Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 14990017 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 00:31:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15005957 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 12 2025 00:17:31 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14993425 | ^ | MEBN | Aug 12 2025 00:05:16 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14985830 | | Email/Text: EBN@Mohela.com | Aug 12 2025 00:08:00 | MOHELA/Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14991133 | | Email/Text: EBN@Mohela.com | Aug 12 2025 00:08:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14985826 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 00:31:22 | Macy's CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 14985827 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2025 00:08:00 | Midland Credit Management, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15007565 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2025 00:08:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14985829 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 12 2025 00:18:22 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14998620 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 12 2025 00:08:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14985831 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 12 2025 00:08:00 | Navy Federal Credit Union, PO BOX 3700, Merrifield, VA 22119-3700 |
| 14985832 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 12 2025 00:08:00 | PECO, 2301 Market Street, PO Box 13778, Philadelphia, PA 19101-3778 |
| 15008993 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2025 00:18:14 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14985833 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2025 00:33:39 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14985837 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2025 00:18:17 | SYNCB/PPC, P.O. Box 530975, Orlando, FL 32896-0001 |
| 14985835 | ^ | MEBN | Aug 12 2025 00:05:20 | Shepherd Outsourcing, PO Box 27115, Greenville, SC 29616-2115 |
| 15008911 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2025 00:31:08 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14985838 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2025 00:16:52 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |

| | | | | |
|---|---|---|---|---|
| 14989246 | + | Email/Text: PDELINQ@sba.gov | Aug 12 2025 00:08:00 | U.S. Small Business Administration (SBA), CESC Legal Servicing -- Bankruptcy, Attn: Sharmian L. White, Esq., 14925 Kingsport Rd., Ft. Worth, TX 76155-2243 |
| 14986165 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 12 2025 00:31:11 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14985839 | + | Email/Text: PDELINQ@sba.gov | Aug 12 2025 00:08:00 | US Small Buisness Administration, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 14985840 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 12 2025 00:31:33 | Wawa/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 41

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14985822 | | Esther Blackshear |
| 14985828 | *+ | Midland Credit Management Inc., 320 E Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15007567 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Dione D Pride asullivan@wwdlaw.com hbanks@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Dione D Pride
aka Dione Simpson

Debtor(s).

Case No. 25−10940−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 5, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court